David C. Kiernan (SBN 215335)
dkiernan@jonesday.com
JONES DAY
555 California Street, 26th Floor
San Francisco, CA  94104
Telephone:    (415) 875-5745
Facsimile:    (415) 875-5700

Ryan K. Walsh (*pro hac vice* forthcoming)
rkwalsh@jonesday.com
JONES DAY
1221 Peachtree Street, N.E.
Atlanta, GA  30361
New York, NY 10281
Telephone:    (404) 521-3939
Facsimile:    (404) 581-8330

Stuart W. Yothers (*pro hac vice* forthcoming)
syothers@jonesday.com
JONES DAY
250 Vesey Street
New York, NY  10281
Telephone:    (212) 326-3939
Facsimile:    (212) 755-7306

*Attorneys for Petitioners Matthews International
Corporation and Matthews International GmbH*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| MATTHEWS INTERNATIONAL CORPORATION;<br>MATTHEWS INTERNATIONAL GMBH,<br><br>Petitioners,<br><br>v.<br><br>TESLA, INC.,<br><br>Respondent. | Case No. 25-cv-3325<br><br>**DECLARATION OF RYAN K. WALSH IN SUPPORT OF PETITION TO CONFIRM ARBITRATION AWARD** |

**PUBLIC / REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED**

1    I, Ryan K. Walsh, hereby declare as follows:

2    1.    I am an attorney duly licensed to practice law in the state of Georgia.  I am a

3    partner at Jones Day, attorneys of record for Petitioners Matthews International Corporation and

4    Matthews International GmbH (collectively, "Matthews") in this action.  I have personal

5    knowledge of the facts set forth herein and, if called upon as a witness, I could and would testify

6    to such facts under oath.

7    2.    I submit this Declaration in support of Matthews' Petition to Confirm Arbitration

8    Award ("Petition").  I have reviewed this Petition and the exhibits attached thereto.

9    3.    I have reviewed this District's Civil Local Rule 79-5.

10    4.    Attached as **Exhibit 1** is a true and correct copy of

14    5.    Attached as **Exhibit 2** is a true and correct copy of

17    6.    Attached as **Exhibit 3** is a true and correct copy of

19    7.    Attached as **Exhibit 4** is a true and correct copy of

21    8.    Attached as **Exhibit 5** is a true and correct copy of

23    9.    Attached as **Exhibit 6** is a true and correct copy of a

25    10.    Attached as **Exhibit 7** is a true and correct copy of

27    11.    Attached as **Exhibit 8** is a true and correct copy of

WALSH DECL. ISO PETITION TO CONFIRM
ARBITRATION AWARD
Case No. 25-cv-3325

1       12.    Attached as **Exhibit 9** is a true and correct copy of

2

3

4       I declare under penalty of perjury under the laws of the United States that the foregoing is

5   true and correct.

6

7       Dated: April 14, 2025                  JONES DAY

8

9       By: _____
                          Ryan K. Walsh

10

11                            *Attorney for Petitioners Matthews International Corporation and Matthews International GmbH*

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# EXHIBIT 1
## Submitted Under Seal

# EXHIBIT 2
## Submitted Under Seal

# EXHIBIT 3
## Submitted Under Seal

# EXHIBIT 4
## Submitted Under Seal

# EXHIBIT 5
## Submitted Under Seal

# EXHIBIT 6
## Submitted Under Seal

# EXHIBIT 7
## Submitted Under Seal

# EXHIBIT 8
## Submitted Under Seal

# EXHIBIT 9
## Submitted Under Seal