1  David C. Kiernan (SBN 215335)
   dkiernan@jonesday.com
2  JONES DAY
   555 California Street, 26th Floor
3  San Francisco, CA  94104
   Telephone:   (415) 875-5745
4  Facsimile:   (415) 875-5700

5  Ryan K. Walsh (*pro hac vice* forthcoming)
   rkwalsh@jonesday.com
6  JONES DAY
   1221 Peachtree Street, N.E.
7  Atlanta, GA  30361
   Telephone:   (404) 521-3939
8  Facsimile:   (404) 581-8330

9  Stuart W. Yothers (*pro hac vice* forthcoming)
   syothers@jonesday.com
10 JONES DAY
   250 Vesey Street
11 New York, NY  10281
   Telephone:   (212) 326-3939
12 Facsimile:   (212) 755-7306

13 *Attorneys for Petitioners Matthews International
   Corporation and Matthews International GmbH*
14

15                     **UNITED STATES DISTRICT COURT**

16                    **NORTHERN DISTRICT OF CALIFORNIA**

17                            **SAN JOSE DIVISION**

18

| | |
|---|---|
| 19  MATTHEWS INTERNATIONAL CORPORATION; | Case No: 25-cv-3325 |
| 20  MATTHEWS INTERNATIONAL GMBH, | **[PROPOSED] ORDER GRANTING PETITIONERS' PETITION TO CONFIRM ARBITRATION AWARD** |
| 21             Petitioners, | |
| 22        v. | |
| 23  TESLA, INC., | |
| 24             Respondent. | |

25

26         **PUBLIC / REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED**

27

28

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

After considering all papers and supporting documentation, and proof having been made to the satisfaction of the Court that the Petition should be granted, IT IS HEREBY ORDERED that:

2.

**SO ORDERED.**

Dated: _____, 2025

_____
United States District Court Judge