UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEWS INTERNATIONAL CORPORATION, et al., <br><br> Plaintiffs, <br><br> v. <br><br> TESLA, INC., <br><br> Defendant. | Case No. 5:25-cv-03325-EJD <br><br> **JUDGMENT** <br><br> Re: Dkt. No. 69 |

On October 1, 2025, the Court granted Matthews's motion to confirm the arbitration award underlying this case. Pursuant to Federal Rule of Civil Procedure 58, the Court hereby **ENTERS** judgment. The Clerk of Court shall close the file in this matter.

**IT IS SO ORDERED.**

Dated: October 1, 2025

EDWARD J. DAVILA
United States District Judge